# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DERRANCE HATFIELD CHIEF AKECHETA,

    Plaintiff,

v.                                                    Case No.: 6:23-cv-1866-WWB-LHP

HALIFAX HOSPITAL,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("**Motion to Proceed**," Doc. 2). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 5) in which she recommends that the Motion be denied without prejudice and the Complaint (Doc. 1) be dismissed with leave to amend.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed (Doc. 2) is **DENIED without prejudice**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. On or before **March 26, 2024**, Plaintiff may file an amended pleading and a renewed application to proceed *in forma pauperis* in accordance with the Report and Recommendation and this Order. Failure to timely file both may result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Orlando, Florida on March 5, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party